UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTON KEADING,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LIVINGSTON,<br><br>Defendant. | Case No. 25-cv-06970-JSC<br><br>**ORDER RE: SERVICE BY U.S. MARSHAL** |

On August 18, 2025, Kenton Keading, proceeding without attorney representation, filed suit against Contra Costa Sheriff David Livingston. (Dkt. No. 1.) Judge Beeler granted Plaintiff's motion to proceed in forma pauperis while reserving the issue of service by the U.S. Marshal. (Dkt. No. 9.) Judge Beeler also issued an order to show cause concluding "[t]he case must be dismissed for lack of subject-matter jurisdiction under the *Rooker-Feldman* doctrine" and moreover, "[t]he complaint . . . fails to state a claim upon which relief can be granted." (Dkt. No. 10 at 2.)

The case was then reassigned to this Court (Judge Corley). The Court adopted Judge Beeler's Report and Recommendation, including the recommendation to deny Plaintiff's motion for a temporary restraining order. (Dkt. No. 15.) The Court provided Plaintiff until September 3, 2025 to "show cause as to why his lawsuit should not be dismissed for lack of subject matter jurisdiction." (*Id.* at 2.) Plaintiff filed a response, arguing the *Rooker-Feldman* doctrine is inapplicable because the alleged due process violations are not inextricably intertwined with the state court's judgment. (Dkt. No. 16.)

Upon review, the issues presented in this case are too complicated to permit the Court to determine as a matter of law without briefing from both parties that Plaintiff's claims are

inextricably intertwined with the state court judgment or that Plaintiff cannot possibly state a claim. The Court thus orders service by the U.S. Marshal without prejudice to Defendant moving to dismiss. The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, and this order upon the Defendant.

As Plaintiff is without representation by a lawyer, the Court directs his attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at https://www.cand.uscourts.gov/pro-se-litigants/. Plaintiff may also contact the Legal Help Center for free assistance; he can make an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: September 9, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

2